UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                                      No. C 13-3522 SI (pr)

IRVIN LEE BRIGGS, JR.,                                              **ORDER OF DISMISSAL**

        Plaintiff.

_____/

    Plaintiff sent to the court a letter complaining about conditions of confinement in prison. In an effort to protect his rights, a new action was opened and the appeal was filed on July 30, 2013. Plaintiff was informed that he had not filed a complaint, and was given 28 days to do so or the action would be dismissed. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given 28 days to either pay the fee or file the application or the action would be dismissed. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee, and the deadline by which to do so has long passed. This action therefore is DISMISSED without prejudice. No fee is due. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: October 10, 2013                                    _____
                                                                         SUSAN ILLSTON
                                                                         United States District Judge