**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                    No. C 13-3522 SI (pr)

IRVIN LEE BRIGGS, JR.,                        **JUDGMENT**

    Plaintiff.

_____/

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 10, 2013

                                            SUSAN ILLSTON
                                        United States District Judge